No. 44302.—Protest 804528–G of Brand Bros., Inc. (New York).

Opinion by CLINE, J. The sausage casings in question were packed in barrels and the record showed that four barrels were marked "Tientsin" and three were marked "Yokohama." They were marked with the word "China" before they were released from customs custody. On the authority of *Ellis* v. *United States* (3 Cust. Ct. 231, C. D. 242), holding that the name of a city alone is not sufficient, the protest was overruled.